Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com

Sharon L. Preston, Utah Bar #7960
*Pro Hac Vice*
Sharon Preston, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. GREENE, on behalf of himself and all others similarly situated, </br></br> Plaintiffs, </br></br> vs. </br></br> EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; DOES 1-50 inclusive, </br></br> Defendants. | **Case No.: 2:09-cv-00466-GMN-RJJ** </br></br> Consolidated with Case No. 2:11-cv-355 </br></br> MOTION FOR EXTENSION OF TIME TO FILE ORDER REGARDING SCHEDULE FOR NOTICE </br></br> **<u>AND ORDER</u>** |

Plaintiffs, through counsel, hereby requests until April 15, 2011, to file proposed Order regarding the schedule for the Notice for Class Certification (as per Order Granting Class Certification Docket No. 56) in the above-mentioned matter. Mario Lovato, counsel for Defendant, has indicated to undersigned counsel that he does not oppose an extension of the deadline for a couple of days.

Dated this 11th day of April, 2011

Respectfully Submitted,

/s/ Sharon Preston
Sharon L. Preston, *Pro Hac Vice*
Sharon Preston, P.C.
Jesse S. Brar, *Pro Hac Vice*
670 East 3900 South, Suite 101
Salt Lake City, Utah 84107


Christopher Klink, NV Bar # 6022
2576 Sundew Avenue
Henderson, Nevada 89052

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 18th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge