Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469 (*Pro Hac Vice*)
Law Office of Jesse Brar, P.C.
Sharon L. Preston, Utah Bar #7960 (*Pro Hac Vice*)
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; and Does 1-50, inclusive,<br><br>Defendants<br>_____<br>Thomas Thatcher Schemkes, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Company, doing business as Executive Las Vegas, et al.,<br><br>Defendants. | Greene v. Executive Coach & Carriage Case<br>**Case No.: 2:09-cv-466-GMN-RJJ**<br><br>Consolidated with:<br>Schemkes, et. al. v. Jacob Transportation. Case 2:09-CV-1100-GMN-PAL<br><br><br><br>**PLAINTIFFS' PROPOSED NOTICE SCHEDULE**<br><br><br><br>Judge: Hon. Gloria M. Navarro<br>Magistrate: Hon. Robert J. Johnston |

The following proposed Notice Schedule is provided by Plaintiffs pursuant to the Court's Order (Doc. No. 56 and Doc. No. 63), and the following dates and deadlines are to apply to this action:

1. Within 10 days of the Notice being approved by the Court, Defendant is to provide Plaintiffs with the names, physical residential addresses, and email addresses of all limousine drivers employed by Defendants at anytime from June 19, 2006 to present.

2. Within 14 days of the Notice being approved by the Court, Defendant is to post the Notice, for a period of 30 days, at Defendant's work place in a conspicuous location.

3. Within 14 days of the Notice being approved by the Court, Defendant is to e-mail the notice to the limousine drivers.

4. Within 10 days of the receiving the names, physical residential addresses, and email addresses from the Defendant, Plaintiffs' counsel shall cause the notice to be mailed to the last known address of putative class members.

5. If there are any Notices which are returned as undeliverable, Plaintiffs' counsel shall make reasonable efforts to obtain current addresses for such Notice and re-mail them within 14 days of them being returned.

6. All Consent to Join forms should be filed with the Court within 90 days of the notice being approved by the Court (which period shall include time for Plaintiffs' counsel to locating current addresses for, and remail, Notices returned as undeliverable).

**DATED** this 22nd day of April, 2011.

_____
Gloria M. Navarro
United States District Judge