Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV 89052
Telephone: (702) 217-8998
Facsimile: (702) 260-9247
Email: csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email: jesse.brar@gmail.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; DOES 1-50, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:09-CV-466-GMN-RJJ<br>　Consolidated with:<br>　Case No. 2:11-CV-355-GMN-RJJ<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

IT IS STIPULATED AND AGREED between the parties, by the through their respective counsel, that the deadline for Plaintiffs Thomas Schemkes et al. to file the reply to Defendant's Opposition to Plaintiff's Motion for Approval of Notice of Collective Action under FLSA be

/ / /

1  extended such that the deadline to file the same shall now be **June 6, 2011**.

2  DATED: May ___31st___, 2011.                    DATED: May __31st__, 2011.

3

4  _/s/Sharon Preston_____            _/s/Mario Lovato_____
5  SHARON PRESTON, Pro Hac Vice              MARIO P. LOVATO
   *Attorney for Plaintiffs*                         *Attorney for Jacob Transportation Services LLC*
6  Utah Bar No. 7960                                Nevada Bar No. 264
   670 East 3900 South, Suite 101                   Lovato Law Firm, P.C.
7  Salt Lake City, UT 84107                         619 S. Sixth Street
   Telephone: (801)269-9541                         Las Vegas, NV 89101
8  Fax: (801)269-9581                               Telephone: (702) 979-9047
9  Sharon.preston@yahoo.com                         Fax: (702) 554-3858
                                                    mpl@lovatolaw.com

**ORDER**

IT IS SO ORDERED.

Dated this 20 day of Lvpg, 2011.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE