UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT G. GREENE, etc., | ) |
| Plaintiff, | ) 2:09-cv-466-GMN-RJJ |
| vs. | ) Consolidated with: |
| | ) 2:11-cv-355-GMN-RJJ |
| EXECUTIVE COACH AND CARRIAGE, etc., *et al.*, | ) |
| Defendant, | ) |
| THOMAS THATCHER SCHEMKES, *et al.*, | ) |
| Plaintiff, | ) |
| vs. | ) O R D E R |
| JACOB TRANSPORTATION SERVICES, LLC, etc., *et al.*, | ) |
| Defendant. | ) |
| AND RELATED COUNTERCLAIM. | ) |

This matter is before the Court on Plaintiff Robert G. Greene's Motion to Modify Scheduling Order (#73).

The Court having reviewed the Motion (#73) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Robert G. Greene's Motion to Modify Scheduling Order (#73) is **GRANTED**.

IT IS FURTHER ORDERED that the Scheduling Order/Discovery Plan is amended as follows:

| | | | |
|---|---|---|---|
| 1. | Discovery deadline | | Aug. 31, 2011 |
| 2. | Amend pleadings | | June 15, 2011 |
| 3. | Disclosure of expert witnesses | | June 29, 2011 |
| 4. | Disclosure of rebuttal expert witnesses | | July 27, 2011 |
| 5. | LR 26-3 status report | | June 29, 2011 |
| 6. | Motions/stipulations to extend discovery | | Aug. 10, 2011 |
| 7. | Dispositive motions | | Sept. 28, 2011 |
| 8. | Joint Pretrial Order | | Sept. 28, 2011, or 30 days from the date the court enters an order on dispositive motions. |

DATED this __15th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -