Mark R. Thierman, NV#8285 CAL#72913
Jason Kuller, NV#12244 CAL#228157
Joshua Buck, NV#12187 CAL#258325
**THIERMAN LAW FIRM, P.C.**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Attorneys for Plaintiff Robert G. Greene,
on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT G. GREENE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; and Does 1-50, inclusive,<br><br>　　　　Defendants<br>―――――――――――――――――――<br>THOMAS THATCHER SCHEMKES, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Company, doing business as Executive Las Vegas, et al.,<br><br>　　　　Defendants. | Greene v. Executive Coach & Carriage<br>Case No.:  2:09-CV-466-GMN-RJJ<br><br>Consolidated with:<br>Schemkes, et. al. v. Jacob Transportation.<br>Case No.:  2:11-CV-355-GMN-RJJ<br><br>**STIPULATION TO SUBSTITUTE COUNSEL PURSUANT TO LR 1A 10-6** |

　　　Plaintiff Robert G. Greene hereby substitutes as his attorney of record Mark R. Thierman, Jason J. Kuller, and Joshua Buck of Thierman Law Firm, P.C., in lieu of Christopher F. Klink, Jesse S. Brar, and Sharon L. Preston in the consolidated matter Schemkes et al. v. Jacob Transportation Services, LLC, Case No. 2:11-cv-355-GMN-RJJ.

1

Stipulation to Substitute Counsel

Plaintiff Greene is already a party plaintiff in the Schemkes matter, and Mr. Thierman is already Plaintiff Greene's attorney of record in the lead case Greene v. Executive Coach and Carriage, Case No. 2:09-cv-466-GMN-RJJ.

Dated this 28th day of June, 2011.

I consent to the above substitution. I hereby revoke my designation of Christopher F. Klink, Jesse S. Brar, and Sharon L. Preston as my attorneys of record in the Schemkes matter. I further revoke my designation of Thomas Schemkes or any other named plaintiff as my agent or representative in this case.

*/s/ Robert G. Greene*
Robert G. Greene

We consent to the above substitution.

***ATTORNEYS FOR PLAINTIFF SCHEMKES et al.***
Sharon Preston, UT Bar No. 7960 (*Pro Hac Vice*)
Jesse S. Brar, UT Bar No. 9469 (*Pro Hac Vice*)
Christopher F. Klink, NV Bar No. 6022

By: */s/ Sharon L. Preston*
PRESTON & BRAR, LLC
670 East 3900 South, Ste. 101
Salt Lake City, UT 84107

We accept the above substitution, and are duly admitted to practice in this Court.

***ATTORNEYS FOR PLAINTIFF GREENE et al.***
Mark R. Thierman, NV Bar No.
Jason J. Kuller, NV Bar No. 12244
Joshua Buck, NV Bar No. 12187

By: */s/ Mark R. Thierman*
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, NV 89511

### ORDER

**IT IS SO ORDERED** this   21   day of      July      , 2011.

_/s/ Robert J. Johnston_
~~JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Stipulation to Substitute Counsel

2