Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469 (*Pro Hac Vice*)
Law Office of Jesse Brar, P.C.
Sharon L. Preston, Utah Bar #7960 (*Pro Hac Vice*)
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; and Does 1-50, inclusive,<br><br>　　　　　　　　　　Defendants<br>_____<br>Thomas Thatcher Schemkes, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Company, doing business as Executive Las Vegas, et aI.,<br>　　　　　　　　　　Defendants. | Greene v. Executive Coach & Carriage Case<br>**Case No.: 2:09-cv-466-GMN-RJJ**<br><br>Consolidated with:<br>Schemkes, et. al. v. Jacob Transportation. Case 2:09-CV-1100-GMN-PAL<br><br><br><br>**MOTION DESIGNATE CLASS COUNSEL**<br><br><br>Judge: Hon. Gloria M. Navarro<br>Magistrate: Hon. Robert J. Johnston |

Page - 2

Plaintiffs Dawet Abate, Hana Beyene, Ryan Dimang, Allen Douthard, Susan LaMarque, Ara Marutyan, Darryl McClurkin, Joselito Poblador, Joselito Portillo, Thomas Schemkes, and Darek Wise hereby designate Mark R. Thierman from Theirman Law Firm, P.C. in lieu of Christopher Klink, Jesse Brar and Sharon Preston as their class counsel.   See attachment A, Declarations of the previously-mentioned Plaintiffs.

Dated this 28th day of July, 2011.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

/s/ Sharon Preston
Sharon L. Preston, *Pro Hac Vice*
Sharon Preston, P.C.
Jesse S. Brar, *Pro Hac Vice*
670 East 3900 South, Suite 101
Salt Lake City, Utah 84107

Christopher Klink, NV Bar # 6022
2576 Sundew Avenue
Henderson, Nevada 89052

*Attorneys for Plaintiffs*