UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT G. GREENE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>EXECUTIVE COACH AND CARRIAGE, a Nevada Corporation; DOES 1-50, inclusive,<br><br>        Defendant, <br><br>THOMAS THATCHER SCHEMKES, and GREGORY Greene, etc.,<br><br>        Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC., etc.,<br><br>        Defendants.<br><br>JACOB TRANSPORTATION SERVICES, LLC,<br><br>        Counterclaimant,<br><br>vs.<br><br>THOMAS THATCHER SCHEMKES, and GREGORY Greene, | 2:09-cv-466-GMN-RJJ<br><br>Consolidated with:<br>2:11cv-355-GMN-RJJ<br><br>O R D E R |

    This matter is before the undersigned Magistrate Judge on Defendant/Counterclaimant Jacob Transportation Services, LLC's Motion For Sanctions (#90).

    The Court has reviewed the Motion For Sanctions (#90), the Opposition (#102), the Joinder (#104) and the Reply (#105). Additionally, a hearing was held on the Motion for

Sanctions (#90).

The Motion (#90) was filed by Defendant/Counterclaimant Jacob Transportation Services, LLC and requested sanctions for the failure of Rebecca Sleppy, Cecilia Chipen, Terry Muth and Robert Greene to appear for their depositions. *See,* Notices of Deposition attached as Exhibits 6, 7, 8, and 9, to Defendant's Motion for Sanctions (#90). Plaintiff's counsel advised the Court at the hearing held on this matter that the Consents to Become Party Plaintiffs signed by Rebecca Sleppy, Cecilia Chipen and Terry Muth (Exhibits 2, 3, and 4) would be withdrawn. Good cause appearing therefore,

IT IS HEREBY ORDERED that as the Court has been advised that the Consents to Become Party Plaintiffs signed by Rebecca Sleppy, Cecilia Chipen and Terry Muth (Exhibits 2, 3, and 4) will be withdrawn, the Motion for Sanctions (#90) as to Rebecca Sleppy, Cecilia Chipen and Terry Muth is DENIED.

IT IS FURTHER ORDERED that the Court does not find that the ultimate sanction of dismissal is appropriate as to Plaintiff, Robert Greene.

IT IS FURTHER ORDERED that Defendant/ Counterclaimant Jacob Transportation Services, LLC's request for monetary sanctions as to Plaintiff, Robert Greene is GRANTED. The Court awards costs in the amount of 7.2 hours at $275.00/hour ($1900.00) plus $172.60 for the transcript fee for the non-appearance of Robert Greene at deposition, for a total award of $2072.60.

IT IS FURTHER ORDERED that said costs shall be paid forthwith.

IT IS FURTHER ORDERED that defendants are authorized to take the deposition of Plaintiff, Robert Greene.

IT IS FURTHER ORDERED that Plaintiff, Robert Greene's request for sanctions are DENIED.

DATED this __29th__ day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge