UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT G. GREENE, etc., <br><br>    Plaintiff, <br><br>vs. <br><br>EXECUTIVE COACH AND CARRIAGE, etc., *et al.*, <br><br>    Defendant, <br><br>THOMAS THATCHER SCHEMEKES, *et al.*, <br><br>vs. <br><br>JACOB TRANSPORTATION SERVICES, LLC, etc., *et al.*, | 2:09-cv-466-GMN-RJJ <br> Consolidated with: <br> 2:11-cv-355-GMN-RJJ <br><br><br><br><br><br> O R D E R |

This matter is before the undersigned Magistrate Judge on Plaintiffs' Motion to Strike Defendant Jacob Transportation Services, LLC's Untimely Opposition (#138).

The Court having reviewed the Motion (#138), the Declaration of Jason J. Kuller (#139), the Opposition (#143) and the Reply (#145) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike Defendant Jacob Transportation Services, LLC's Untimely Opposition (#138) is **DENIED.**

DATED this  28th   day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge