UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT G. GREENE, etc., <br><br> Plaintiff, <br><br> vs. <br><br> EXECUTIVE COACH AND CARRIAGE, etc., *et al.*, <br><br> Defendant, <br><br> THOMAS THATCHER SCHEMEKES, *et al.*, <br><br> vs. <br><br> JACOB TRANSPORTATION SERVICES, LLC, etc., *et al.*, | 2:09-cv-466-GMN-RJJ <br> Consolidated with: <br> 2:11-cv-355-GMN-RJJ <br><br><br><br><br> O R D E R |

This matter is before the undersigned Magistrate Judge on Plaintiffs' Motion to Strike and For Sanctions (#141).

The Court having reviewed the Motion (#141), the Opposition (#144) and the Reply (#146) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike and For Sanctions (#141) is **DENIED.**

DATED this __28th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge