UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT G. GREENE, etc., )<br>  )<br>      Plaintiff, )<br>  )<br>vs. )<br>  )<br>EXECUTIVE COACH AND CARRIAGE, )<br>etc., *et al.*, )<br>  )<br>      Defendant, )<br>_____ )<br>THOMAS THATCHER SCHEMEKES, )<br>*et al.*, )<br>  )<br>vs. )<br>  )<br>JACOB TRANSPORTATION )<br>SERVICES, LLC, etc., *et al.*, )<br>_____ ) | 2:09-cv-466-GMN-RJJ<br>Consolidated with:<br>2:11-cv-355-GMN-RJJ<br><br><br><br>O R D E R |

    This matter is before the undersigned Magistrate Judge on Defendant/Counterclaimant Jacob Transportation Services LLC's Countermotion For Approval of a Notice of FLSA Collective Action That Complies With the Court's Orders and For Sanctions (#137).

    The Court having reviewed the Motion (#137), and the Opposition (#142) and good cause appearing therefore,

    IT IS HEREBY ORDERED that Defendant/Counterclaimant Jacob Transportation Services LLC's Countermotion For Approval of a Notice of FLSA Collective Action That Complies With the Court's Orders and For Sanctions (#137) is **DENIED.**

    DATED this __28th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge