1

2

3

4

5              UNITED STATES DISTRICT COURT

6              DISTRICT OF NEVADA

7                      * * *

8    ROBERT G. GREENE, etc.,            )

                     Plaintiff,         )       2:09-cv-466-GMN-RJJ
9                                       )       Consolidated with:
     vs.                                )       2:11-cv-355-GMN-RJJ
10                                       )
     EXECUTIVE COACH AND CARRIAGE,      )
11   etc., *et al.*,                    )
                                        )
12                   Defendant,         )
                                        )
13   THOMAS THATCHER SCHEMEKES,         )
     *et al.*,                          )       O R D E R
14                                       )
     vs.                                )
15                                       )
     JACOB TRANSPORTATION               )
16   SERVICES, LLC, etc., *et al.*,     )
                                        )
17

18          This matter is before the undersigned Magistrate Judge on Plaintiff's Countermotion For

19   Approval of a Notice of FLSA Collective Action (#132).

20          The Court having reviewed the Motion (#132), the Declaration (#133), the Opposition

     (#136) and the Reply (#140) and good cause appearing therefore,
21

22          IT IS HEREBY ORDERED that Plaintiff's Countermotion For Approval of a Notice of

23   FLSA Collective Action (#132) is **GRANTED**.

24          DATED this __28th__ day of June, 2012.

25

26

27          _____
            ROBERT J. JOHNSTON
28          United States Magistrate Judge