UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT G. GREENE, etc., ) | |
| Plaintiff, ) | 2:09-cv-466-GMN-RJJ |
| ) | Consolidated with: |
| vs. ) | 2:11-cv-355-GMN-RJJ |
| ) | |
| EXECUTIVE COACH AND CARRIAGE, ) | |
| etc., *et al.*, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THOMAS THATCHER SCHEMEKES, ) | |
| *et al.*, ) | O R D E R |
| ) | |
| vs. ) | |
| ) | |
| JACOB TRANSPORTATION ) | |
| SERVICES, LLC, etc., *et al.*, ) | |

This matter is before the undersigned Magistrate Judge on Defendant Executive Coach and Carriage's Application for Attorney's Fees and Costs (#115).

The Court having reviewed the Motion (#115), the Response (#117) and the Reply (#119) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Executive Coach and Carriage's Application for Attorney's Fees and Costs (#115) is **GRANTED**. Costs, including attorney fees are to be paid on or before July 6, 2012, by Thierman Law Firm, P.C. pursuant to the findings in the Court's Order (#113).

DATED this __28th__ day of June, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge