# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT GREENE, et al.,

    Plaintiffs,

v.

JACOB TRANSPORTATION SERVICES, LLC, et al.,

    Defendants.

Case No. 2:09-cv-00466-GMN-CWH

**ORDER**

Presently before the Court is Plaintiff's motion to approve the form of notice to class members (ECF No. 267), filed on October 6, 2017. Defendants have not filed a response.

Subsequent to this Court's order (ECF No. 266) granting Plaintiff's motion to certify class, Plaintiff brings this motion for the Court to approve the proposed form of notice to members of the class. Plaintiff further moves that Court approve the use of a third-party administrator to effectuate the notice process, and order Defendants to produce the full class list, together with names, addresses, telephone numbers, and social security numbers of each member.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Defendants have not filed an opposition to the motion. Further, the Court has reviewed Plaintiff's proposed notice to class members, consent to join, and exclusion forms (ECF Nos. 267, Ex. 1-3), and finds they are adequate and consistent with the Court's order granting certification of the class. The Court will therefore grant the motion.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiff's motion to approve the form of notice to class members (ECF No. 267) is GRANTED. Plaintiff may use a third-party administrator to effectuate the notice process.

IT IS FURTHER ORDERED that Defendants produce the full class list to Plaintiff no later than 21 days from the date of this order.

DATED: October 26, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge