# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT GREENE, et al.,

    Plaintiffs,

v.

JACOB TRANSPORTATION SERVICES, LLC, et al.,

    Defendants.

Case No. 2:9-cv-00466-GMN-CWH

**ORDER**

Presently before the Court is Plaintiffs' motion to compel (ECF No. 257), filed on May 15, 2017. Defendants filed a response (ECF No. 26) on June 19, 2017 and Plaintiffs filed a reply (ECF No. 262) on June 26, 2017. In their reply, Plaintiffs argue that the Court's ruling on the then pending motion to certify class (ECF No. 23) would likely resolve the issues in the motion to compel. The Court has now granted Plaintiffs' motions to certify class (ECF No. 266), and to approve the form of notice to members of the class (ECF No. 272). In light of these orders, some or all of the issues in Plaintiffs' motion to compel may be moot.

IT IS THEREFORE ORDERED that the parties must meet and confer and file a joint status report regarding what, if any, issues remain unresolved from the motion to compel, no later than November 15, 2017. This requirement will be vacated if Plaintiff withdraws the motion.

DATED: October 31, 2017

                                              _____
                                              C.W. Hoffman, Jr.
                                              United States Magistrate Judge