MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd Ste 100
Las Vegas, Nevada 89128
T: 702 979 9047
F: 702 554 3858
E: mpl@lovatolaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation, doing business as Executive Las Vegas; JAMES JIMMERSON, an individual, CAROL JIMMERSON, an individual, and Does 1-50, Inclusive <br><br> Defendants. | CASE NO.: 2:09-CV-466-GMN-CWH <br><br> Consolidated with: <br> Case No. 2:11-CV-355 |

**STIPULATION TO EXTEND TIME**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their respective counsel, that the deadline for Defendants to file their reply briefs in support of two separate motions for summary judgment (##273, 274) be extended such that the new deadline shall be **December 11, 2017**.

In support of this Stipulation and requested extension, Defendants state that their counsel experienced the passing of a close family member approximately a week ago, that defense counsel has time-consuming litigation in courts outside Nevada that require substantial time commitments, that there have been a number of recent filings in this case by both sides actively

litigating the claims herein, and that this minor extension will allow the arguments of the parties in this case to be properly heard on the merits.

DATED: December 4, 2017.

THIERMAN LAW FIRM

    /s/ Joshua R. Hendrickson
MARK R. THIERMAN
Nevada Bar No. 8285
JOSHUA D. BUCK
Nevada Bar No. 12187
JOSHUA R. HENDRICKSON
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
Attorney for Plaintiffs

DATED: December 4, 2017.

LOVATO LAW FIRM, P.C.

    /s/ Mario Lovato
MARIO P. LOVATO
Nevada Bar No. 7427
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, NV 89128



Attorney for Defendants

## ORDER

IT IS SO ORDERED.

DATED this  5  day of December 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT