Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
Joshua Hendrickson, Nev. Bar No. 12225
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation, doing business as Executive Las Vegas; JAMES JIMMERSON, an individual, CAROL JIMMERSON, an individual, and Does 1 through 50, inclusive,<br><br>Defendants. | Lead Case No.: 2:09-CV-00466-GMN-CWH<br>Consolidated with:<br>Member Case No. 2:11-CV-00355-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE THE PROPOSED DISCOVERY PLAN/SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

ROBERT GREENE, THOMAS SCHEMKES and GREGORY GREEN ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and JACOB TRANSPORTATION, a Nevada Corporation, doing business as Executive Las Vegas, JAMES JIMMERSON, an individual, and CAROL JIMMERSON ("Defendants), by and through their counsel of record, LOVATO LAW FIRM, P.C., hereby stipulate to an extension of time, up to and including Tuesday, January 2, 2018 in which the Parties may file their proposed discovery plan/scheduling order.

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES
TO FILE THE PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

This extension is requested in good faith, due to the end of the Holidays and counsel being away on preplanned vacations. The Parties need a few additional days to finalize their discovery plan/scheduling order. This extension is not requested for the purpose of undue burden or delay.

Therefore, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1) The time for the Parties to file their proposed discovery plan/scheduling order is extended and is now due on **Tuesday, January 2, 2018.**

DATED: December 28, 2017

THIERMAN BUCK LLP

/s/*Joshua R. Hendrickson*
Joshua R. Hendrickson
*Of Counsel*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

December 28, 2017

LOVATO LAW FIRM, P.C.

/s/Mario Lovato                .
MARIO P. LOVATO, Nev. Bar No. 7427
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89128
*Attorneys for Defendants*

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED this January 2, 2018

_____
UNITED STATES JUDGE