Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation, doing business as Executive Las Vegas; JAMES JIMMERSON, an individual, CAROL JIMMERSON, an individual, and Does 1 through 50, inclusive,<br><br>Defendant(s). | Lead Case No.: 2:09-CV-00466-GMN-CWH<br>Consolidated with:<br>Member Case No. 2:11-CV-00355-JAD-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

Pending before this Court are two motions. First, Plaintiffs filed the Motion to Compel (ECF No. 257) on May 15, 2017; in addition, the parties submitted Status Reports and related documents regarding such documents in response to this Court's request. Second, Defendants filed a Motion for a Protective Order (ECF No. 285) on November 17, 2017.

These Motions and matters came on regularly for hearing on December 14, 2017 before the Honorable Carl W. Hoffman. After considering the moving and opposition papers and all other documents and oral argument presented to the court;

**IT IS HEREBY ORDERED:**

GOOD CAUSE HAVING BEEN SHOWN, Plaintiffs' Motion to Compel and Defendants' Motion for a Protective Order are **GRANTED AS FOLLOWS:**

Plaintiffs' motion to compel [257] is granted as stated on the record. Class member telephone numbers shall be used to contact class members and must not be used for lobbying purposes. If Plaintiffs desire to use the telephone numbers for other discovery purposes, the parties must first meet and confer. If the parties are unable to resolve the issue, an appropriate motion may be filed. Defendants shall provide Plaintiffs with the discovery information, including telephone numbers, regarding the notice by December 29, 2017. By January 19, 2018, Plaintiffs shall send out the notices. The additional discovery ordered regarding the motion [257] should be provided by February 2, 2018. Plaintiffs' request for sanctions regarding the motion [257] is denied. Defendants' motion for protective order [285] is granted. Discovery is extended for four months. The parties shall meet and confer regarding the scope of discovery. The proposed discovery plan/scheduling order is due by January 2, 2018.

**IT IS SO ORDERED**

Dated: ___January 4_____, 2018

_____

Dated: January 2, 2018

THIERMAN BUCK LLP

*/s/Joshua D. Buck*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: January 2, 2018

LOVATO LAW FIRM, PC

*/s/Mario P. Lovato*
Mario P. Lovato, Nev. Bar No. 7427
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, NV 89128
*Attorney for Defendants*