MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd Ste 100
Las Vegas, Nevada 89128
T: 702 979 9047
F: 702 554 3858
E: mpl@lovatolaw.com

*Attorneys for Defendants*

Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation dba Executive las Vegas; JIM JIMMERSON; and CAROL JIMMERSON,<br><br>　　　　Defendant. | CASE NO.: 2:09-CV-466-GMN-CWH<br><br>Consolidated with:<br>Case No. 2:11-CV-355 |

### STIPULATION TO MODIFY SCHEDULING ORDER
### (SIXTH REQUEST POST-APPEAL)

Plaintiffs and Defendants (collectively "The Parties), by and through their respective counsel of record, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), Local Rule 6-1, 26-1, and 26-4, stipulate and agree to modify the deadline in the Discovery Plan and Scheduling Order and the subsequent Order granting prior requested extension (Docket Nos. 227, 233, 254, 264, and 297).

Pursuant to the direction of the Court at the hearing occurring on December 14, 2017 before Magistrate Judge Hoffman, and as reflected in the Minutes of Proceedings (#297), the Parties hereby stipulate and agree to an extension and continuance of approximately four months from this Court's December 14, 2017 Minute Order (Docket No. 297) to the discovery cut-off date, as further stated below.

## I.

## DISCOVERY THAT HAS BEEN COMPLETED

Initial disclosures, and several rounds of written discovery occurred in the Robert Greene case in 2010 and thereafter. The case proceeded to final judgment, to appeal that resulted in certain reversals as stated in the Memorandum of Decision, and the case was remanded back to the District Court for further proceedings.

In the consolidated case, 2:11-CV-355, there have been numerous depositions by both Plaintiffs and Defendant. By Order of the court in consolidating the cases, discovery in such case was stayed. (Case No. 2:11-cv-00355-GMN-CWH, ECF # 26.)

Since remand of the Robert Greene case to this District in 2015, Plaintiffs have served various items of written discovery. Plaintiffs have also served an expert report. Defendants have served a rebuttal expert report.

On February 3, 2017, the Court entered an Order (#245) that dismissed several claims, including several claims against the Jimmersons, while leaving other claims in the case.

On September 19, 2017, this Court granted Plaintiffs' motion for class certification of Plaintiffs' state-law Constitutional claim (#266), and on October 27, 2017, this Court granted Plaintiffs' motion to approve the form of notice for Plaintiffs' FLSA and Rule 23 actions.

## II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Following this Court's orders granting certification (#266) and approving the form of notice for Plaintiffs' FLSA and Rule 23 actions, The Parties intend to conduct class-wide discovery

into the merits of Plaintiffs' claims and Defendants' defenses. The parties dispute the proper scope of discovery, and are currently engaged in meet-and-confer efforts on this issue, which may result in future motion practice to compel and/or for protection, if the issues are not resolved.

## III.

## REASONS DISCOVERY WAS NOT COMPLETED

The Parties have been engaged in extensive motion practice in this case, both prior to appeal and post-appeal. During the earlier discovery periods, Defendants objected to providing class-wide discovery on the ground that class-wide discovery is inappropriate prior to certification. Defendants contend that they did not conduct any class discovery for this same reason.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY AND DISPOSITIVE MOTIONS

Based on the above, the Parties stipulate and agree to the following deadlines:

**Discovery Cut-Off Date.** The Parties propose a discovery cut-off date of: **April 14, 2018.**

**Amendment of Pleadings and Addition of Parties.** The most recent date of amending claims and adding parties has expired.

**Dispositive Motions.** The dispositive motion deadline shall be **May 14, 2018**.

**Disclosure of supplemental expert reports**. Any supplemental expert reports must be disclosed by **March 14, 2018**.

**Disclosure of rebuttal expert reports**. Any rebuttal expert reports must be disclosed by **April 14, 2018**.

**Pre-Trial Order.** The joint pretrial order must be filed no later than thirty (30) days after the Court's decision on any Dispositive Motions.

/ / /

/ / /

**FRCP 26(a)(3) Disclosures.** The disclosures shall be included in the joint pretrial order.

Dated: January 2, 2018.

THIERMAN BUCK LLP

/s/Joshua D. Buck
Mark R. Thierman, Esq. Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. 13161
7287 Lakeside Dr.
Reno, NV 89511

Attorneys for Plaintiffs

Dated: January 2, 2018.

LOVATO LAW FIRM, PC.

/s/Mario P. Lovato
MARIO P. LOVATO, Bar No. 7427
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, NV 89128

Attorney for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED: January 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE