Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
Joshua Hendrickson, Nev. Bar No. 12225
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation, doing business as Executive Las Vegas; JAMES JIMMERSON, an individual, CAROL JIMMERSON, an individual, and Does 1 through 50, inclusive,<br><br>Defendants. | Lead Case No.: 2:09-CV-00466-GMN-CWH<br>Consolidated with:<br>Member Case No. 2:11-CV-00355-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS AND EXTEND DISCOVERY DEADLINES PENDING SETTLEMENT DISCUSSIONS** |

ROBERT GREENE, THOMAS SCHEMKES and GREGORY GREEN ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and JACOB TRANSPORTATION, a Nevada Corporation, doing business as Executive Las Vegas, JAMES JIMMERSON, an individual, and CAROL JIMMERSON ("Defendants), by and through their counsel of record, JIMMERSON LAW FIRM, hereby stipulate to stay all proceedings and extend all discovery deadlines, including response deadlines to currently pending discovery requests, for 30 days pending settlement discussions.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

This extension is requested in good faith to allow the parties to negotiate the potential settlement of this case. Counsel have met in person to discuss settlement and are optimistic that the parties will be able to resolve this matter through a settlement of all claims. This extension is not requested for the purpose of undue burden or delay, and an extension would allow the parties to negotiate in good faith without unnecessarily wasting the time and resources of court and counsel.

Therefore, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1) The Parties stipulate and agree to stay all proceedings and extend all discovery deadlines, including response deadlines to currently pending discovery requests, for 30 days pending settlement discussions.

| | |
|---|---|
| DATED: March 14, 2018 | March 14, 2018 |
| THIERMAN BUCK LLP | JIMMERSON LAW FIRM |
| /s/ *Joshua R. Hendrickson* | */s/Kevin Hejmanowski* . |
| Joshua R. Hendrickson | James J. Jimmerson, Nev. Bar No. 264 |
| *Of Counsel* | Kevin J. Hejmanowski, Nev. Bar No. 10612 |
| Mark R. Thierman, Nev. Bar No. 8285 | 415 S. Sixth St., Suite 100 |
| Joshua D. Buck, Nev. Bar No. 12187 | Las Vegas, NV 89101 |
| Leah L. Jones, Nev. Bar No. 13161 | *Attorneys for Defendants* |
| 7287 Lakeside Drive | |
| Reno, Nevada 89511 | |
| *Attorneys for Plaintiffs* | |

**ORDER**

**IT IS SO ORDERED.**

DATED: March 15, 2018

_____
UNITED STATES MAGISTRATE JUDGE