JAMES J. JIMMERSON
Nevada Bar No. 264
KEVIN J. HEJMANOWSKI
Nevada Bar No. 10612
THE JIMMERSON LAW FIRM, P.C.
415 S. Sixth Street Suite 100
Las Vegas, NV 89101
Tel.: 702-388-7171
Fax: 702-380-6410
E: ks@jimmersonlawfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada corporation dba Executive Las Vegas; JIM JIMMERSON, an individual; and CAROL JIMMERSON, an individual,<br><br>Defendants. | Case No.: 2:09-CV-00466-GMN-CWH<br><br>Consolidated with:<br>2:11-CV-00355-JAD-NJK |

**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS AND EXTEND DISCOVERY DEADLINES PENDING SETTLEMENT DISCUSSIONS**

JACOB TRANSPORTATION SERVICES, LLC, JAMES JIMMERSON, and CAROL JIMMERSON, by and through their counsel of record JIMMERSON LAW FIRM, P.C., and ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN, by and through their counsel of record THIERMAN BUCK, LLP, hereby stipulate to stay all proceedings and extend all discovery deadlines, including response deadlines to currently pending discovery requests, for an additional 14 days pending settlement discussions.

This extension is requested in good faith to allow the parties to continue negotiating the potential settlement of this case. Counsel have met in person to discuss settlement and have continued to work together towards reaching a settlement of all claims since their initial settlement meeting last month. The extension is not requested for the purpose of undue burden or delay, and an extension would allow the parties to continue negotiating in good faith without unnecessarily wasting the time and resources of court and counsel.

Therefore, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1) The Parties stipulate and agree to stay all proceedings and extend all discovery deadlines, including response deadlines to currently pending discovery requests, for an additional 14 days pending settlement discussions.

| | |
|---|---|
| DATED: May 16, 2018 | DATED: May 16, 2018 |
| THIERMAN BUCK LLP | JIMMERSON LAW FIRM, P.C. |
| /s/ Joshua D. Buck | /s/ Kevin J. Hejmanowski |
| Joshua R. Hendrickson<br>*Of Counsel*<br>Mark R. Thierman, Nev. Bar. No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>*Attorneys for Plaintiffs* | James J. Jimmerson, Nev. Bar No. 264<br>Kevin J. Hejmanowski, Nev. Bar No. 10612<br>415 South Sixth Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED: May 18, 2018

_____
UNITED STATES MAGISTRATE JUDGE