JAMES J. JIMMERSON
Nevada Bar No. 264
KEVIN J. HEJMANOWSKI
Nevada Bar No. 10612
THE JIMMERSON LAW FIRM, P.C.
415 S. Sixth Street Suite 100
Las Vegas, NV 89101
Tel.: 702-388-7171
Fax: 702-380-6410
E: ks@jimmersonlawfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada corporation dba Executive Las Vegas; JIM JIMMERSON, an individual; and CAROL JIMMERSON, an individual,<br><br>Defendants. | Case No.: 2:09-CV-00466-GMN-CWH<br><br>Consolidated with:<br>2:11-CV-00355-JAD-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE THE PRELIMINARY APPROVAL PAPERS WITH THE COURT**

JACOB TRANSPORTATION SERVICES, LLC, JAMES JIMMERSON, and CAROL JIMMERSON, by and through their counsel of record JIMMERSON LAW FIRM, P.C., and ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN, by and through their counsel of record THIERMAN BUCK, LLP, hereby stipulate to extend the deadline pursuant to the Notice of Settlement and [Proposed] Order Setting Hearing on Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. 320) to file the preliminary approval papers with the

1

Court from June 15, 2018, to June 19, 2018. The extension is not requested for the purpose of undue burden or delay.

Therefore, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1) The Parties stipulate and agree to extend the deadline to file the preliminary approval papers with the Court from June 15, 2018, to June 19, 2018.

DATED: June 14, 2018

THIERMAN BUCK LLP

/s/ Joshua D. Buck
Joshua R. Hendrickson
*Of Counsel*
Mark R. Thierman, Nev. Bar. No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

DATED: June 14, 2018

JIMMERSON LAW FIRM, P.C.

/s/ James J. Jimmerson
James J. Jimmerson, Nev. Bar No. 264
Kevin J. Hejmanowski, Nev. Bar No. 10612
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this __15__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT