Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
*Attorneys for Plaintiffs*

James J. Jimmerson, Nev. Bar No. 264
jjj@jimmersonlawfirm.com
Kevin Hejmanowski
kjh@jimmersonlawfirm.com
JIMMERSON LAW FIRM
415 S. Sixth St., Suite 100
Las Vegas, NV 89101
Tel. (702) 388-7171
Fax. (702) 380-6422
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Corporation, doing business as Executive Las Vegas; JAMES JIMMERSON, an individual, CAROL JIMMERSON, an individual, and Does 1 through 50, inclusive,<br><br>Defendants. | Lead Case No.: 2:09-CV-00466-GMN-CWH<br>Consolidated with:<br>Member Case No. 2:11-CV-00355-JAD-NJK<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Gloria M. Navarro presiding, on June 26, 2018. This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement and the Settlement Classes based upon the terms set forth in the Joint Stipulation of Settlement and

Release between Plaintiffs and Defendants ("Stipulation of Settlement") filed herewith. The Settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representatives Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibit A, and the Claim Form in substantially the form attached thereto as Exhibit B. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Pendency of Class Action.

5. This Court directs the mailing of the Notice of Pendency of Class Action and Proposed Settlement, and the Claim Forms by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

7. This Court confirms Plaintiffs Robert Greene, Thomas Schemkes, and Gregory Green as Class Representatives and Thierman Buck, LLP as Class Counsel.

8. This Court confirms Simpluris as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiffs and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

10. This Court orders the following **Implementation Schedule** for further proceedings:

/ / /

/ / /

/ / /

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

| | | |
|---|---|---|
| a. | Deadline for Defendants to Submit Class Member Information to Claims Administrator | July 6, 2018, by 5:00 p.m. [10 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notice and the Claim Form to Class Members | July 10, 2018 [14 calendar days after Order granting Preliminary Approval] |
| c. | Deadline for Class Members to Postmark Claim Forms | August 9, 2018 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| d. | Deadline for Class Members to Postmark Requests for Exclusions | August 9, 2018 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| e. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | August 9, 2018 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | September 10, 2018 [7 calendar days before Final Approval Hearing] |
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of | September 10, 2018 [7 calendar days before Final Approval Hearing] |
| h. | Final Fairness Hearing and Final Approval | Monday, September 17, 2018 at 2:30 p.m. in |
| i. | Deadline for Defendants to Fund Settlement Account maintained by Claims Administrator | September 22, 2018 [5 calendar days after Effective Date] |
| j. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | October 1, 2018 [5 calendar days after Defendants Fund Settlement Account] |

| | | |
|---|---|---|
| k. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | October 2, 2018 [10 days after Defendants Fund Settlement Account] |
| l. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs (if Settlement is Effective) | December 17, 2018 [90 calendar days after Effective Date] |

**IT IS SO ORDERED.**

Dated this __26__ day of June, 2018.

Gloria M. Navarro, Chief Judge
United States District Court

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com