JAMES J. JIMMERSON
Nevada Bar No. 264
KEVIN J. HEJMANOWSKI
Nevada Bar No. 10612
THE JIMMERSON LAW FIRM, P.C.
415 S. Sixth Street Suite 100
Las Vegas, NV 89101
Tel.: 702-388-7171
Fax: 702-380-6410
E: ks@jimmersonlawfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. GREENE, THOMAS SCHEMKES, and GREGORY GREEN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada corporation dba Executive Las Vegas; JIM JIMMERSON, an individual; and CAROL JIMMERSON, an individual,<br><br>Defendants. | Case No.: 2:09-CV-00466-GMN-CWH<br><br>Consolidated with:<br>2:11-CV-00355-JAD-NJK |

**STIPULATION AND ORDER TO COUNTINUE THE SEPTEMBER, 17, 2018, FINAL FAIRNESS HEARING TO SEPTEMBER 20, 2018, SEPTEMBER 21, 2018, OR A LATER DATE WHICH IS CONVENIENT FOR THE COURT**

JACOB TRANSPORTATION SERVICES, LLC, JAMES JIMMERSON, and CAROL JIMMERSON, by and through their counsel of record JIMMERSON LAW FIRM, P.C., and ROBERT GREENE, THOMAS SCHEMKES, and GREGORY GREEN, by and through their counsel of record THIERMAN BUCK, LLP, hereby stipulate to continue the September, 17, 2018, Final Fairness Hearing date until September 20, 2018, September 21, 2018, or a later date which is convenient for the Court. The extension is requested because Defendants' counsel has

a conflict on September 17, 2018, he will not be in the jurisdiction on that day, and it is not being requested for the purpose of undue burden or delay.

Therefore, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1) The Parties stipulate and agree to continue the Final Fairness Hearing from September 17, 2018, until September 20, 2018, September 21, 2018, or a later date which is convenient for the Court.

2) Based on the foregoing, the hearing shall be continued to the __21st__ day of September, 2018.

DATED: September 11, 2018

THIERMAN BUCK LLP

/s/ Joshua D. Buck
Joshua R. Hendrickson
*Of Counsel*
Mark R. Thierman, Nev. Bar. No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

DATED: September 11, 2018.

JIMMERSON LAW FIRM, P.C.

/s/ James J. Jimmerson
James J. Jimmerson, Nev. Bar No. 264
Kevin J. Hejmanowski, Nev. Bar No. 10612
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** that the September 17, 2018, Final Fairness Hearing shall be continued from September 17, 2018, at 2:30 p.m. until __Friday, September 21__, 2018, at __10 a.m.__

DATED: this __12__ day of September, 2018

_____
UNITED STATES DISTRICT JUDGE

2